December 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

R.E. JANES GRAVEL COMPANY, Appellant

NO. 14-15-00031-CV                    V.

THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, ITS
EXECUTIVE DIRECTOR, RICHARD A. HYDE, ITS COMMISSIONERS
BRYAN SHAW AND TOBY BAKER, AND THE CITY OF LUBBOCK,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The Texas Commission on Environmental Quality, Its Executive Director, Richard A. Hyde, its Commissioners, Bryan Shaw and Toby Baker, and the City of Lubbock, signed October 13, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, R.E. Janes Gravel Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.